UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-                                02 Civ. 8855 (LAK)

BEACON HILL ASSET MANAGEMENT LLC, et al.,

        Defendants.

------------------------------------- x



### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Joint Official Liquidators of Beacon Hill Master Fund, Ltd., the Receiver for Safe Harbor Fund L.P., and the Official Liquidator of Bristol Fund, Ltd. have filed motions for ratification of (1) the global settlement agreement among Beacon Hill Asset Management and others, including investors who are plaintiffs in *Fraternity Fund Ltd. v. Beacon Hill Asset Management, LLC,* 03 Civ. 2387 (LAK), and *Gibraltar Fund I v. Beacon Hill Asset Management, LLC,* 04 Civ. 7900 (LAK) [docket item 318], and (2) the settlement agreement among ATC Fund Services (Cayman) Limited, investor plaintiffs and others (the "ATC Settlement") [docket item 358].

        For the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman, to which no objections have been filed, the motions are granted. The Court further directs that the expense of the ATC Settlement be borne equally among all investors rather than by the investor plaintiffs alone.

        Counsel are directed to review the docket sheets in 03 Civ. 2387 and 04 Civ. 7900 to ensure that those actions have been properly terminated of record as against all parties with respect to whom these settlements resolve the matters in dispute and, if necessary, communicate with the Clerk to ensure that the docket sheets properly reflect the status of those cases.

        SO ORDERED.

Dated:     May 23, 2008

Copies mailed 5/23/08
Chambers of Judge Kaplan

                                                  Lewis A. Kaplan
                                                  United States District Judge