UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        -against-                    02 Civ. 8855 (LAK)

BEACON HILL ASSET MANAGEMENT LLC, et al.,

        Defendants.

------------------------------------------x

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

LEWIS A. KAPLAN, *District Judge.*

        The motion of the Joint Official Liquidators of Relief Defendant Beacon Hill Master, Ltd. (In Liquidation) (the "Master Fund"), the Receiver of Relief Defendant Safe Harbor Fund L.P., and the Joint Official Liquidator of Relief Defendant Bristol Fund Ltd. (In Official Liquidation) ("Bristol") to ratify the Settlement Agreement and Release entered into between Banc of America Securities LLC as defendant and the Master Fund and Bristol as plaintiffs in *Bullmore, et al. v. Banc of America Securities, et al.*, No. 05 Civ. 10206 (LAK) [docket item 397], which is unopposed, is granted.

        SO ORDERED.

Dated:        September 4, 2008

                                          Lewis A. Kaplan
                                          United States District Judge